(1) The motion is granted.

(2) Each side shall bear its own costs.

failure to prosecute in accordance with the rules.

**Eldon D. RICE, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2011–7117.

United States Court of Appeals, Federal Circuit.

July 15, 2011.

Eldon D. Rice, Chandler, AZ, pro se.

Nelson R. Richards, Department of Justice, David J. Barrans, Y. Ken Lee, Department of Veterans Affairs Washington, DC, for Respondent–Appellee.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

**ENVIRONMENTAL SAFETY CONSULTANTS, INC., Plaintiff,**

and

**Peter C. Nwogu, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2011–5081.

United States Court of Appeals, Federal Circuit.

July 15, 2011.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for